# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 97-31035

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN D. MADDEN, also known as J.D.,

Defendant-Appellant.

(consolidated with)

_____

97-31036

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MATTHEW MADDEN, also known as Buck,

Defendant-Appellant.

Appeals from the United States District Court
for the Western District of Louisiana

(96-CR-10020-2)

July 14, 1998

Before POLITZ, Chief Judge, WISDOM and DUHÉ, Circuit Judges.

PER CURIAM:[*]

These consolidated matters are before the court on appeal of the denial of motions to dismiss based on misconduct of state officials, including a prosecutor and a police officer who became the *de facto* federal case agent. Having considered the briefs and very professional oral arguments of counsel, and pertinent parts of the record, and without approving or condoning the challenged actions of the state prosecutor and state police officer but, rather, deploring same, under the facts as found and authorities cited by the magistrate judge as approved by the district court, the judgments appealed are AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.